# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 13-15624 | | | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|---|---|
| Case Name: | JIANGBO PHARMACEUTICALS, INC. | | | Date Filed (f) or Converted (c): | 03/13/2013 (f) |
| For the Period Ending: | 09/30/2016 | | | §341(a) Meeting Date: | 06/27/2013 |
| | | | | Claims Bar Date: | 09/25/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Property | Unknown | $0.00 | | $0.00 | FA |
| 2 | Cash on Hand | Unknown | $0.00 | | $0.00 | FA |
| 3 | Checking, Savings, or Other Financial Accts | Unknown | $0.00 | | $0.00 | FA |
| 4 | Security Deposits | Unknown | $0.00 | | $0.00 | FA |
| 5 | Executive & Organization Liability Insurance | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Per Jason Mazer no further ability to pursue a claim 2/4/16.  sls | | | | | |
| 6 | Stocks & Interests | Unknown | $0.00 | | $0.00 | FA |
| 7 | Interests in Partnerships | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | (1) Karmoya International Limited (2) Union Well International Limited (3) Genesis Jiangbo (Laiyang), Biotech Technology.,Ltd  (4) Laiyang Jiangbo, Pharmaceuticals Co., Ltd. | | | | | |
| 8 | Government & Corporate Bonds | Unknown | $0.00 | | $0.00 | FA |
| 9 | Accounts Receivable | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Description: Unknown | | | | | |
| 10 | Other Liquidated Debts Owed to Debtor | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Equitable or Future Interests | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Contingent & Noncontingent Interests | Unknown | $750,000.00 | | $750,000.00 | FA |
| Asset Notes: | Frazer Frost- accountant malpractice claim | | | | | |
| 13 | Other Contingent & Unliquidated Claims | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Patents, Copyrights& Other Intellectual Property | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Licenses, Franchises & Other General Intangibles | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Customer Lists or other Compilations | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Automobiles, Trucks, Trailers | Unknown | $0.00 | | $0.00 | FA |
| 18 | Boats, Motors, & Accessories | Unknown | $0.00 | | $0.00 | FA |
| 19 | Aircraft & Accessories | Unknown | $0.00 | | $0.00 | FA |
| 20 | Office Equipment, Furnishings, & Supplies | Unknown | $0.00 | | $0.00 | FA |
| 21 | Machinery, Fixtures, Equipment & Supplies | Unknown | $0.00 | | $0.00 | FA |
| 22 | Other Personal Property | Unknown | $0.00 | | $0.00 | FA |
| 23 | D&O Policy | (u) $595,000.00 | $595,000.00 | | $900,000.00 | FA |
| Asset Notes: | D & O coverage | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-15624 | | | Trustee Name: | Sonya L. Salkin |
| Case Name: | JIANGBO PHARMACEUTICALS, INC. | | | Date Filed (f) or Converted (c): | 03/13/2013 (f) |
| For the Period Ending: | 09/30/2016 | | | §341(a) Meeting Date: | 06/27/2013 |
| | | | | Claims Bar Date: | 09/25/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $595,000.00 | $1,345,000.00 | | $1,650,000.00 | $0.00 |

**Major Activities affecting case closing:**

10/23/2015      1. INVOLUNTARY CH. 7. Trustee retained counsel out of the country to litigate fraudulent transfer actions. Local special counsel has also been retained to bring chapter 5 causes of action on a contingiency basis. Further discussion with counsel in China and BVI. Both have determined no ability to collect. Waiting on sheriff to levy on assets per settlement on the abandoned assets. Then, will obtain an final order on abandonment and will close case. (9/23/16).

2. CBD: 9/25/13; 20 million in claims reviewed. (as of 11/12/13) Claim #1 withdrawn (ECF#86) ; claims objections resolved including IRS. 9/21/16 SLS

3. Tax Returns prepared by Kapila.

| **Initial Projected Date Of Final Report (TFR):** | 09/30/2014 | **Current Projected Date Of Final Report (TFR):** | 09/30/2017 | /s/ SONYA L. SALKIN |
| | | | | SONYA L. SALKIN |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 13-15624 | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | JIANGBO PHARMACEUTICALS, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0026 | Checking Acct #: | ******0345 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 01/01/2000 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/26/2015 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $487,248.29 | | $487,248.29 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $126.81 | $487,121.48 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $786.06 | $486,335.42 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $784.79 | $485,550.63 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $758.25 | $484,792.38 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $782.30 | $484,010.08 |
| 11/17/2015 | (23) | NATIONAL UNION FIRE INSURANCE CO OF PITT | SETTLEMENT PER ORDER DATED 12/4/15 (CP 179) | 1249-000 | $900,000.00 | | $1,384,010.08 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,318.04 | $1,382,692.04 |
| 12/21/2015 | 5001 | GENOVESE JOBLOVE & BATTISTA | SPECIAL COUNSEL FEES PAID PURSUANT TO ORDER DATED 12/4/15 (CP 179) | 3210-600 | | $277,200.00 | $1,105,492.04 |
| 12/21/2015 | 5002 | VER PLOEG & LUMPKIN | PAYMENT OF SPECIAL COUNSEL FEES PURSUANT TO ORDER DATED 12/4/15 (CP 179) | 3210-600 | | $37,800.00 | $1,067,692.04 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2,213.53 | $1,065,478.51 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,786.61 | $1,063,691.90 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,601.35 | $1,062,090.55 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,709.21 | $1,060,381.34 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,651.41 | $1,058,729.93 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,703.80 | $1,057,026.13 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,646.18 | $1,055,379.95 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,698.41 | $1,053,681.54 |
| 08/02/2016 | 5003 | State of Florida - Department of Revenue | Claim #: 7;  Amount Allowed: 470.50;  Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $470.50 | $1,053,211.04 |
| 08/02/2016 | 5004 | Pope Investments, LLC. | Claim #: 2;  Amount Allowed: 25,278,986.30; Distribution Dividend: 1.93; Account Number: ; | 7100-000 | | $487,196.42 | $566,014.62 |

**SUBTOTALS** $1,387,248.29  $821,233.67

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 13-15624 | Trustee Name: | Sonya L. Salkin |
| --- | --- | --- | --- |
| Case Name: | JIANGBO PHARMACEUTICALS, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0026 | Checking Acct #: | ******0345 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 01/01/2000 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/02/2016 | 5005 | Hua-Mei 21st Century Partners, LP c/o Peter Siris | Claim #: 3;  Amount Allowed: 2,108,351.83; Distribution Dividend: 1.93; Account Number: ; | 7100-000 | | $40,633.81 | $525,380.81 |
| 08/02/2016 | 5006 | Guerrilla Partners, LP c/o Peter Siris | Claim #: 4;  Amount Allowed: 1,024,895.02; Distribution Dividend: 1.93; Account Number: ; | 7100-000 | | $19,752.58 | $505,628.23 |
| 08/02/2016 | 5007 | Clerk, US Bankruptcy Court | Small Dividends | * | | $1.45 | $505,626.78 |
| | | | Claim Amount                                 ($1.45) | 7100-001 | | | $505,626.78 |
| 08/02/2016 | 5008 | Internal Revenue Service | Claim #: 8;  Amount Allowed: 125,344.65; Distribution Dividend: 1.93; Account Number: ; | 7100-000 | | $2,415.74 | $503,211.04 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,186.14 | $502,024.90 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $825.72 | $501,199.18 |
| | | | **TOTALS:** | | $1,387,248.29 | $886,049.11 | $501,199.18 |
| | | | **Less: Bank transfers/CDs** | | $487,248.29 | $0.00 | |
| | | | **Subtotal** | | $900,000.00 | $886,049.11 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $900,000.00 | $886,049.11 | |

For the period of  01/01/2000 to 09/30/2016

| | |
| --- | --- |
| Total Compensable Receipts: | $900,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $900,000.00 |
| Total Internal/Transfer Receipts: | $487,248.29 |
| | |
| Total Compensable Disbursements: | $886,049.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $886,049.11 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 06/26/2015 to 9/30/2016

| | |
| --- | --- |
| Total Compensable Receipts: | $900,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $900,000.00 |
| Total Internal/Transfer Receipts: | $487,248.29 |
| | |
| Total Compensable Disbursements: | $886,049.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $886,049.11 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 13-15624 | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | JIANGBO PHARMACEUTICALS, INC. | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***0026 | Checking Acct #: | ******6066 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 01/01/2000 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 01/01/2000 to 09/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/13/2015 to 9/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 13-15624 | | **Trustee Name:** | Sonya L. Salkin |
| **Case Name:** | JIANGBO PHARMACEUTICALS, INC. | | **Bank Name:** | Rabobank, N.A. |
| **Primary Taxpayer ID #:** | **-***0026 | | **Checking Acct #:** | ******6067 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 01/01/2000 | | **Blanket bond (per case limit):** | $129,177,000.00 |
| **For Period Ending:** | 09/30/2016 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/18/2015 | (12) | COLE SCOTT&KISSANE | SETTLEMENT OF CLAIM AGAINST ACCOUNTANTS-FRAZIER FROST PER ORDER DATED 6/12/15 | 1129-000 | $750,000.00 | | $750,000.00 |
| 06/22/2015 | 101 | GENOVESE JOBLOVE & BATTISTA PA | SPECIAL COUNSEL FEES PAID PER ORDER DATED JUNE 12, 2015 (CP 167) | 3210-600 | | $210,000.00 | $540,000.00 |
| 06/22/2015 | 102 | VER PLOEG & LUMPKIN | PAYMENT OF SPECIAL COUNSEL FEES PER ORDER DATED JUNE 12, 2015 | 3210-600 | | $52,500.00 | $487,500.00 |
| 06/26/2015 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $251.71 | $487,248.29 |
| 06/26/2015 | | Bank of Texas | Transfer Funds | 9999-000 | | $487,248.29 | $0.00 |

|   |   |   |   |
|---|---|---|---|
| **TOTALS:** | | $750,000.00 | $750,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | | $0.00 | $487,248.29 | |
| **Subtotal** | | $750,000.00 | $262,751.71 | |
| **Less: Payments to debtors** | | $0.00 | $0.00 | |
| **Net** | | $750,000.00 | $262,751.71 | |

**For the period of  01/01/2000 to 09/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $750,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $750,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $262,751.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $262,751.71 |
| Total Internal/Transfer Disbursements: | $487,248.29 |

**For the entire history of the account between 06/18/2015  to 9/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $750,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $750,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $262,751.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $262,751.71 |
| Total Internal/Transfer Disbursements: | $487,248.29 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| | |
|---|---|
| Case No. | 13-15624 |
| Case Name: | JIANGBO PHARMACEUTICALS, INC. |
| Primary Taxpayer ID #: | **-***0026 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 01/01/2000 |
| For Period Ending: | 09/30/2016 |

| | |
|---|---|
| Trustee Name: | Sonya L. Salkin |
| Bank Name: | Rabobank, N.A. |
| Checking Acct #: | ******6067 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $129,177,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,650,000.00 | $1,148,800.82 | $501,199.18 |

**For the period of 01/01/2000 to 09/30/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $1,650,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,650,000.00 |
| Total Internal/Transfer Receipts: | $487,248.29 |
| | |
| Total Compensable Disbursements: | $1,148,800.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,148,800.82 |
| Total Internal/Transfer Disbursements: | $487,248.29 |

**For the entire history of the account between 06/18/2015 to 9/30/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $1,650,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,650,000.00 |
| Total Internal/Transfer Receipts: | $487,248.29 |
| | |
| Total Compensable Disbursements: | $1,148,800.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,148,800.82 |
| Total Internal/Transfer Disbursements: | $487,248.29 |