UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-15624-RBR |
| | § | |
| JIANGBO PHARMACEUTICALS, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Sonya L. Salkin, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $742,067.40 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $907,932.60 | | |

3) Total gross receipts of $1,650,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,650,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $9,682.55 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $908,162.09 | $907,932.60 | $907,932.60 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $470.50 | $470.50 | $470.50 |
| General Unsecured Claims (from **Exhibit 7**) | $18,702,802.00 | $28,494,546.66 | $28,575,863.31 | $741,596.90 |
| **Total Disbursements** | $18,702,802.00 | $29,412,861.80 | $29,484,266.41 | $1,650,000.00 |

4). This case was originally filed under chapter 7 on 03/13/2013. The case was pending for 51 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/19/2017        By:    /s/ Sonya L. Salkin
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Contingent & Noncontingent Interests | 1129-000 | $750,000.00 |
| D&O Policy | 1249-000 | $900,000.00 |
| **TOTAL GROSS RECEIPTS** | | $1,650,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Broward County Records, Taxes & Treasury | 4110-000 | $0.00 | $9,682.55 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $9,682.55 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sonya L. Salkin, Trustee | 2100-000 | NA | $72,750.00 | $72,750.00 | $72,750.00 |
| Sonya L. Salkin, Trustee | 2200-000 | NA | $1,392.60 | $1,163.11 | $1,163.11 |
| Bank of Texas | 2600-000 | NA | $22,968.49 | $22,968.49 | $22,968.49 |
| Rabobank, N.A. | 2600-000 | NA | $251.71 | $251.71 | $251.71 |
| SALKIN MOFFA & BONACQUISTI, LLP, Attorney for Trustee | 3110-000 | NA | $149,200.50 | $149,200.50 | $149,200.50 |
| SALKIN MOFFA & BONACQUISTI, LLP, Attorney for Trustee | 3120-000 | NA | $630.28 | $630.28 | $630.28 |
| GENOVESE JOBLOVE & BATTISTA, Special Counsel for Trustee | 3210-600 | NA | $277,200.00 | $277,200.00 | $277,200.00 |
| GENOVESE JOBLOVE & BATTISTA PA, Special Counsel for | 3210-600 | NA | $210,000.00 | $210,000.00 | $210,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Trustee | | | | | | |
| VER PLOEG & LUMPKIN, Special Counsel for Trustee | 3210-600 | | NA | $90,300.00 | $90,300.00 | $90,300.00 |
| Genovese, Joblove & Battista c/o David Cimo, Special Counsel for Trustee | 3220-610 | | NA | $23,700.44 | $23,700.44 | $23,700.44 |
| Ver Ploeg & Lumpkin c/o Jason Mazer, Special Counsel for Trustee | 3220-610 | | NA | $1,268.23 | $1,268.23 | $1,268.23 |
| Kapila & Company, Accountant for Trustee | 3410-000 | | NA | $123.60 | $123.60 | $123.60 |
| Kapila Mukamal, Accountant for Trustee | 3410-000 | | NA | $57,851.60 | $57,851.60 | $57,851.60 |
| Kapila & Company, Accountant for Trustee | 3420-000 | | NA | $1.00 | $1.00 | $1.00 |
| Kapila Mukamal, Accountant for Trustee | 3420-000 | | NA | $523.64 | $523.64 | $523.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $908,162.09 | $907,932.60 | $907,932.60 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | State of Florida - Department of Revenue | 5800-000 | $0.00 | $470.50 | $470.50 | $470.50 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | Service | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $470.50 | $470.50 | $470.50 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Pope Investments, LLC. | 7100-000 | $15,524,836.00 | $25,278,986.30 | $25,278,986.30 | $656,915.19 |
| 3 | Hua-Mei 21st Century Partners, LP c/o Peter Siris | 7100-000 | $2,135,890.00 | $2,108,351.83 | $2,108,351.83 | $54,788.93 |
| 4 | Guerrilla Partners, LP c/o Peter Siris | 7100-000 | $1,042,076.00 | $1,024,895.02 | $1,024,895.02 | $26,633.55 |
| 5 | Christopher Brophy and Tara Lewis | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | Hackleman, Olive & Judd, P.A. | 7200-000 | $0.00 | $38,210.51 | $38,210.51 | $0.00 |
| 7a | State of Florida - Department of Revenue | 7100-000 | $0.00 | $75.00 | $75.00 | $0.00 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 7a; State of Florida - Department of Revenue) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.50 |
| | Clerk, US Bankruptcy Court (Claim No. 7a; State of Florida - Department of Revenue) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.45 |
| 8 | Internal Revenue Service | 7100-000 | $0.00 | $44,028.00 | $125,344.65 | $3,257.28 |
| | Christopher Brophy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | William Linquist Derivatively and on | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $18,702,802.00 | $28,494,546.66 | $28,575,863.31 | $741,596.90 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 13-15624-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | JIANGBO PHARMACEUTICALS, INC. | Date Filed (f) or Converted (c): | 03/13/2013 (f) |
| For the Period Ending: | 6/19/2017 | §341(a) Meeting Date: | 06/27/2013 |
| | | Claims Bar Date: | 09/25/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Property | Unknown | $0.00 | | $0.00 | FA |
| 2 | Cash on Hand | Unknown | $0.00 | | $0.00 | FA |
| 3 | Checking, Savings, or Other Financial Accts | Unknown | $0.00 | | $0.00 | FA |
| 4 | Security Deposits | Unknown | $0.00 | | $0.00 | FA |
| 5 | Executive & Organization Liability Insurance | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Per Jason Mazer no further ability to pursue a claim 2/4/16.  sls | | | | | |
| 6 | Stocks & Interests | Unknown | $0.00 | | $0.00 | FA |
| 7 | Interests in Partnerships | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | (1) Karmoya International Limited (2) Union Well International Limited (3) Genesis Jiangbo (Laiyang), Biotech Technology.,Ltd  (4) Laiyang Jiangbo, Pharmaceuticals Co., Ltd. | | | | | |
| 8 | Government & Corporate Bonds | Unknown | $0.00 | | $0.00 | FA |
| 9 | Accounts Receivable | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Description: Unknown | | | | | |
| 10 | Other Liquidated Debts Owed to Debtor | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Equitable or Future Interests | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Contingent & Noncontingent Interests | Unknown | $750,000.00 | | $750,000.00 | FA |
| Asset Notes: | Frazer Frost- accountant malpractice claim | | | | | |
| 13 | Other Contingent & Unliquidated Claims | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Patents, Copyrights& Other Intellectual Property | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Licenses, Franchises & Other General Intangibles | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Customer Lists or other Compilations | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Automobiles, Trucks, Trailers | Unknown | $0.00 | | $0.00 | FA |
| 18 | Boats, Motors, & Accessories | Unknown | $0.00 | | $0.00 | FA |
| 19 | Aircraft & Accessories | Unknown | $0.00 | | $0.00 | FA |
| 20 | Office Equipment, Furnishings, & Supplies | Unknown | $0.00 | | $0.00 | FA |
| 21 | Machinery, Fixtures, Equipment & Supplies | Unknown | $0.00 | | $0.00 | FA |
| 22 | Other Personal Property | Unknown | $0.00 | | $0.00 | FA |
| 23 | D&O Policy                    (u) | $595,000.00 | $595,000.00 | | $900,000.00 | FA |
| Asset Notes: | D & O coverage | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| | $595,000.00 | $1,345,000.00 | | $1,650,000.00 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 2
Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 13-15624-RBR | |
| **Case Name:** | JIANGBO PHARMACEUTICALS, INC. | |
| **For the Period Ending:** | 6/19/2017 | |

| | |
|---|---|
| **Trustee Name:** | Sonya L. Salkin |
| **Date Filed (f) or Converted (c):** | 03/13/2013 (f) |
| **§341(a) Meeting Date:** | 06/27/2013 |
| **Claims Bar Date:** | 09/25/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

1. INVOLUNTARY CH. 7. Trustee retained counsel out of the country to litigate fraudulent transfer actions. Local special counsel has also been retained to bring chapter 5 causes of action on a contingiency basis. Further discussion with counsel in China and BVI. Both have determined no ability to collect. Waiting on sheriff to levy on assets per settlement on the abandoned assets. Then, will obtain an final order on abandonment and will close case. (9/23/16).

2. CBD: 9/25/13; 20 million in claims reviewed. (as of 11/12/13) Claim #1 withdrawn (ECF#86) ; claims objections resolved including IRS. 9/21/16 SLS

3. Tax Returns prepared by Kapila.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 09/30/2014 |
| **Current Projected Date Of Final Report (TFR):** | 09/30/2017 |

/s/ SONYA L. SALKIN
SONYA L. SALKIN

Page No: 1  Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-15624-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | JIANGBO PHARMACEUTICALS, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0026 | Checking Acct #: | ******0345 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/13/2013 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 6/19/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/26/2015 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $487,248.29 | | $487,248.29 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $126.81 | $487,121.48 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $786.06 | $486,335.42 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $784.79 | $485,550.63 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $758.25 | $484,792.38 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $782.30 | $484,010.08 |
| 11/17/2015 | (23) | NATIONAL UNION FIRE INSURANCE CO OF PITT | SETTLEMENT PER ORDER DATED 12/4/15 (CP 179) | 1249-000 | $900,000.00 | | $1,384,010.08 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,318.04 | $1,382,692.04 |
| 12/21/2015 | 5001 | GENOVESE JOBLOVE & BATTISTA | SPECIAL COUNSEL FEES PAID PURSUANT TO ORDER DATED 12/4/15 (CP 179) | 3210-600 | | $277,200.00 | $1,105,492.04 |
| 12/21/2015 | 5002 | VER PLOEG & LUMPKIN | PAYMENT OF SPECIAL COUNSEL FEES PURSUANT TO ORDER DATED 12/4/15 (CP 179) | 3210-600 | | $37,800.00 | $1,067,692.04 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2,213.53 | $1,065,478.51 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,786.61 | $1,063,691.90 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,601.35 | $1,062,090.55 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,709.21 | $1,060,381.34 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,651.41 | $1,058,729.93 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,703.80 | $1,057,026.13 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,646.18 | $1,055,379.95 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,698.41 | $1,053,681.54 |
| 08/02/2016 | 5003 | State of Florida - Department of Revenue | Claim #: 7;  Amount Allowed: 470.50;  Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $470.50 | $1,053,211.04 |
| 08/02/2016 | 5004 | Pope Investments, LLC. | Claim #: 2;  Amount Allowed: 25,278,986.30; Distribution Dividend: 1.93; Account Number: ; | 7100-000 | | $487,196.42 | $566,014.62 |
| 08/02/2016 | 5005 | Hua-Mei 21st Century Partners, LP c/o Peter Siris | Claim #: 3;  Amount Allowed: 2,108,351.83; Distribution Dividend: 1.93; Account Number: ; | 7100-000 | | $40,633.81 | $525,380.81 |
| 08/02/2016 | 5006 | Guerrilla Partners, LP c/o Peter Siris | Claim #: 4;  Amount Allowed: 1,024,895.02; Distribution Dividend: 1.93; Account Number: ; | 7100-000 | | $19,752.58 | $505,628.23 |

SUBTOTALS    $1,387,248.29    $881,620.06

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-15624-RBR | | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|---|
| Case Name: | JIANGBO PHARMACEUTICALS, INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0026 | | Checking Acct #: | ******0345 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/13/2013 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 6/19/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/02/2016 | 5007 | Clerk, US Bankruptcy Court | Small Dividends | * | | $1.45 | $505,626.78 |
| | | | Claim Amount $(1.45) | 7100-001 | | | $505,626.78 |
| 08/02/2016 | 5008 | Internal Revenue Service | Claim #: 8;  Amount Allowed: 125,344.65;  Distribution Dividend: 1.93; Account Number: ; | 7100-000 | | $2,415.74 | $503,211.04 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,186.14 | $502,024.90 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $825.72 | $501,199.18 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $806.57 | $500,392.61 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $779.29 | $499,613.32 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $804.02 | $498,809.30 |
| 02/18/2017 | 5009 | Kapila & Company | Claim #: ;  Amount Allowed: 1.00;  Distribution Dividend: 100.00; Account Number: ; | 3420-000 | | $1.00 | $498,808.30 |
| 02/18/2017 | 5010 | Kapila Mukamal | Claim #: ;  Amount Allowed: 523.64;  Distribution Dividend: 100.00; Account Number: ; | 3420-000 | | $523.64 | $498,284.66 |
| 02/18/2017 | 5011 | Kapila & Company | Claim #: ;  Amount Allowed: 123.60;  Distribution Dividend: 100.00; Account Number: ; | 3410-000 | | $123.60 | $498,161.06 |
| 02/18/2017 | 5012 | Kapila Mukamal | Claim #: ;  Amount Allowed: 57,851.60;  Distribution Dividend: 100.00; Account Number: ; | 3410-000 | | $57,851.60 | $440,309.46 |
| 02/18/2017 | 5013 | SALKIN MOFFA & BONACQUISTI, LLP | Claim #: ;  Amount Allowed: 630.28;  Distribution Dividend: 100.00; Account Number: ; | 3120-000 | | $630.28 | $439,679.18 |
| 02/18/2017 | 5014 | SALKIN MOFFA & BONACQUISTI, LLP | Claim #: ;  Amount Allowed: 149,200.50;  Distribution Dividend: 100.00; Account Number: ; | 3110-000 | | $149,200.50 | $290,478.68 |
| 02/18/2017 | 5015 | Genovese, Joblove & Battista c/o David Cimo | Claim #: ;  Amount Allowed: 23,700.44;  Distribution Dividend: 100.00; Account Number: ; | 3220-610 | | $23,700.44 | $266,778.24 |
| 02/18/2017 | 5016 | Ver Ploeg & Lumpkin c/o Jason Mazer | Claim #: ;  Amount Allowed: 1,268.23;  Distribution Dividend: 100.00; Account Number: ; | 3220-610 | | $1,268.23 | $265,510.01 |
| 02/18/2017 | 5017 | Sonya L. Salkin | Trustee Compensation | 2100-000 | | $72,750.00 | $192,760.01 |
| 02/18/2017 | 5018 | Sonya L. Salkin | Trustee Expenses | 2200-000 | | $1,163.11 | $191,596.90 |
| 02/18/2017 | 5019 | Pope Investments, LLC. | Claim #: 2;  Amount Allowed: 25,278,986.30;  Distribution Dividend: 2.60; Account Number: ; | 7100-000 | | $169,718.77 | $21,878.13 |

| | | | | SUBTOTALS | $0.00 | $483,750.10 |

Page No: 3     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-15624-RBR | | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|---|
| Case Name: | JIANGBO PHARMACEUTICALS, INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0026 | | Checking Acct #: | ******0345 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/13/2013 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 6/19/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/18/2017 | 5020 | Hua-Mei 21st Century Partners, LP c/o Peter Siris | Claim #: 3;  Amount Allowed: 2,108,351.83; Distribution Dividend: 2.60; Account Number: ; | 7100-000 | | $14,155.12 | $7,723.01 |
| 02/18/2017 | 5021 | Guerrilla Partners, LP c/o Peter Siris | Claim #: 4;  Amount Allowed: 1,024,895.02; Distribution Dividend: 2.60; Account Number: ; | 7100-000 | | $6,880.97 | $842.04 |
| 02/18/2017 | 5022 | Clerk, US Bankruptcy Court | Small Dividends | * | | $0.50 | $841.54 |
| | | | Claim Amount                                  $(0.50) | 7100-001 | | | $841.54 |
| 02/18/2017 | 5022 | VOID: Clerk, US Bankruptcy Court | | * | | ($0.50) | $842.04 |
| | | | Claim Amount                                   $0.50 | 7100-003 | | | $842.04 |
| 02/18/2017 | 5023 | Internal Revenue Service | Claim #: 8;  Amount Allowed: 125,344.65;  Distribution Dividend: 2.60; Account Number: ; | 7100-000 | | $841.54 | $0.50 |
| 03/08/2017 | | CLERK, U.S. BANKRUPTCY COURT | | 7100-001 | | $0.50 | $0.00 |
| | | | **TOTALS:** | | $1,387,248.29 | $1,387,248.29 | $0.00 |
| | | | Less: Bank transfers/CDs | | $487,248.29 | $0.00 | |
| | | | Subtotal | | $900,000.00 | $1,387,248.29 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $900,000.00 | $1,387,248.29 | |

| For the period of  3/13/2013 to 6/19/2017 | | For the entire history of the account between 06/26/2015 to 6/19/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $900,000.00 | Total Compensable Receipts: | $900,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $900,000.00 | Total Comp/Non Comp Receipts: | $900,000.00 |
| Total Internal/Transfer Receipts: | $487,248.29 | Total Internal/Transfer Receipts: | $487,248.29 |
| | | | |
| Total Compensable Disbursements: | $1,387,248.29 | Total Compensable Disbursements: | $1,387,248.29 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $1,387,248.29 | Total Comp/Non Comp  Disbursements: | $1,387,248.29 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-15624-RBR | Trustee Name: | Sonya L. Salkin |
| --- | --- | --- | --- |
| Case Name: | JIANGBO PHARMACEUTICALS, INC. | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***0026 | Checking Acct #: | ******6066 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 3/13/2013 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 6/19/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 3/13/2013 to 6/19/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/13/2015 to 6/19/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5        Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 13-15624-RBR | | | **Trustee Name:** | Sonya L. Salkin | |
| **Case Name:** | JIANGBO PHARMACEUTICALS, INC. | | | **Bank Name:** | Rabobank, N.A. | |
| **Primary Taxpayer ID #:** | **-***0026 | | | **Checking Acct #:** | ******6067 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Checking Account | |
| **For Period Beginning:** | 3/13/2013 | | | **Blanket bond (per case limit):** | $129,177,000.00 | |
| **For Period Ending:** | 6/19/2017 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/18/2015 | (12) | COLE SCOTT&KISSANE | SETTLEMENT OF CLAIM AGAINST ACCOUNTANTS-FRAZIER FROST PER ORDER DATED 6/12/15 | 1129-000 | $750,000.00 | | $750,000.00 |
| 06/22/2015 | 101 | GENOVESE JOBLOVE & BATTISTA PA | SPECIAL COUNSEL FEES PAID PER ORDER DATED JUNE 12, 2015 (CP 167) | 3210-600 | | $210,000.00 | $540,000.00 |
| 06/22/2015 | 102 | VER PLOEG & LUMPKIN | PAYMENT OF SPECIAL COUNSEL FEES PER ORDER DATED JUNE 12, 2015 | 3210-600 | | $52,500.00 | $487,500.00 |
| 06/26/2015 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $251.71 | $487,248.29 |
| 06/26/2015 | | Bank of Texas | Transfer Funds | 9999-000 | | $487,248.29 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $750,000.00 | $750,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $487,248.29 | |
| **Subtotal** | $750,000.00 | $262,751.71 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $750,000.00 | $262,751.71 | |

| For the period of 3/13/2013 to 6/19/2017 | | For the entire history of the account between 06/18/2015 to 6/19/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $750,000.00 | Total Compensable Receipts: | $750,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $750,000.00 | Total Comp/Non Comp Receipts: | $750,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $262,751.71 | Total Compensable Disbursements: | $262,751.71 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $262,751.71 | Total Comp/Non Comp Disbursements: | $262,751.71 |
| Total Internal/Transfer Disbursements: | $487,248.29 | Total Internal/Transfer Disbursements: | $487,248.29 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6    Exhibit 9

| Case No. | 13-15624-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | JIANGBO PHARMACEUTICALS, INC. | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***0026 | Checking Acct #: | ******6067 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 3/13/2013 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 6/19/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $1,650,000.00 | $1,650,000.00 | $0.00 |

For the period of 3/13/2013 to 6/19/2017

| | |
|---|---|
| Total Compensable Receipts: | $1,650,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,650,000.00 |
| Total Internal/Transfer Receipts: | $487,248.29 |
| | |
| Total Compensable Disbursements: | $1,650,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,650,000.00 |
| Total Internal/Transfer Disbursements: | $487,248.29 |

For the entire history of the case between 03/13/2013 to 6/19/2017

| | |
|---|---|
| Total Compensable Receipts: | $1,650,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,650,000.00 |
| Total Internal/Transfer Receipts: | $487,248.29 |
| | |
| Total Compensable Disbursements: | $1,650,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,650,000.00 |
| Total Internal/Transfer Disbursements: | $487,248.29 |

/s/ SONYA L. SALKIN

SONYA L. SALKIN